UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
DRYWALL TAPERS AND POINTERS OF          :
GREATER NEW YORK LOCAL UNION 1974,      :
AFFILIATED WITH INTERNATIONAL UNION OF:      21 Civ. 5616 (LGS)
ALLIED PAINTERS AND ALLIED TRADERS,     :
AFL-CIO,                                :        ORDER
                      Petitioner,    :
      -against-                  :
:
EFRAIN JIMENEZ, JR. GENERAL CONTRACTOR,:
INC.,                                   :
                  Respondent.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, this action concerns a petition to confirm an arbitration award (the "Petition"). Dkt.

Nos. 1, 2, 6.

     WHEREAS, Respondent was served on July 1, 2021, (Dkt. No. 8) but has not yet appeared in this

action.

     WHEREAS, Respondent was required to answer, move or otherwise respond to the Petition by

July 22, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

     WHEREAS, "default judgments in confirmation/vacatur proceedings are generally inappropriate."

*D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Instead, a district court should

treat an unanswered petition to confirm or vacate an arbitration award "as an unopposed motion for

summary judgment." *Id*. at 110; *accord Carroll v. Wells Fargo Clearing Servs., LLC*, No. 20 Civ. 4918,

2021 WL 634721, at *2 (S.D.N.Y. Feb. 17, 2021). It is hereby

     **ORDERED** that the Petition will be treated as an unopposed motion for summary judgment.

Petitioner's unopposed motion for summary judgment is deemed fully briefed and will be decided on the

papers already filed.

     Dated: August 3, 2021
     New York, New York

                                   LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE