**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADERS, AFL-CIO,

                                 Petitioner,                         21 **CIVIL** 5616 (LGS)

         -against-                                   **JUDGMENT**

EFRAIN JIMENEZ, JR., GENERAL
CONTRACTOR, INC.,

                                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2021, the Petition is GRANTED.

Petitioner is awarded $956.40 in damages pursuant to the Award; accordingly, the case is closed.

**Dated:**  New York, New York
            September 22, 2021

                                                          **RUBY J. KRAJICK**
                                                   _____
                                                        Clerk of Court
                                     **BY:**
                                                          Deputy Clerk